DF/cf



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CMM:BTR:WLB
F.#2002R01208
Rosen9.Ltr

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

December 27, 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   DEC 2 8 2005   ★

LONG ISLAND OFFICE

<u>Delivery by Hand</u>

The Honorable Thomas C. Platt
United States District Judge
Eastern District of New York
United States Courthouse
1044 Federal Plaza
Central Islip, New York 11722-4454

        Re:   United States v. Stephen Rosen
              <u>03 CR 716(TCP)</u>

Dear Judge Platt:

        The government submits this letter, adopting the request of
the defendant Stephen Rosen, dated December 20, 2005, seeking an
order of the Court modifying the bail conditions of the defendant
to permit him to travel to Columbia, as reflected in the attached
letter, on various days from January 1 through January 6, 2006,
for business purposes.  A copy of the defendant's letter and
travel request is attached.

12/28/05
At the Government's
request individual/alone
Defendant's request is
granted

Respectfully submitted,

ROSLYNN MAUSKOPF
United States Attorney

WAYNE B. BAKER
Assistant U. S. Attorney

_____ The Court (TCP)
Melinda Sarafa
Counsel for the defendant



**ZUCKERMAN SPAEDER** LLP

1114 AVENUE OF THE AMERICAS   41ST FLOOR   NEW YORK, NY 10036-7703
212.704.9600   212.704.4256 fax   www.zuckerman.com

Melinda Sarafa
212-704-4347
msarafa@zuckerman.com

December 20, 2005

**By FedEx**
Honorable Thomas C. Platt
United States District Judge
Eastern District of New York
Long Island Federal Courthouse
1044 Federal Plaza
Central Islip, NY 11722

Re:    **United States v. Stephen Rosen**
       03-CR-716 (TCP)

Dear Judge Platt:

As Your Honor is aware, I represent Stephen Rosen, who has pleaded guilty to Count Two of the above-referenced indictment and awaits sentencing. I write pursuant to 18 U.S.C. § 3142(c)(3) to respectfully request that this Court modify Mr. Rosen's conditions of release to permit him to travel to Colombia from January 1-6, 2006, for business purposes. The current terms of Mr. Rosen's bond, as modified by order of this Court, permit him to travel outside of the Eastern and Southern Districts of New York for business purposes, but do not expressly include international travel.

As Your Honor may recall, Mr. Rosen's work in the entertainment industry involves composing and producing music for television and film, managing recording artists, and manufacturing and distributing records for a number of independent record labels. The purpose of this trip is to accompany one of his artists to performances and promotional appearances in connection with an international music festival in Cartagena. Mr. Rosen has made similar international trips with the Court's permission while on conditions of release.

Despite several attempts, I have been unable to confer with Assistant United States Attorney Burton Ryan regarding this request. Based on Mr. Ryan's consent to all of Mr. Rosen's prior travel requests, including those involving international travel, I anticipate that Mr. Ryan will consent to this request and follow this letter with a corresponding written motion from the Government.

BALTIMORE      MIAMI      NEW YORK      TAMPA      WASHINGTON, DC      WILMINGTON

 **ZUCKERMAN SPAEDER** LLP

Honorable Thomas C. Platt
December 20, 2005
Page 2

    I respectfully submit that the none of travel requests herein will interfere with Mr. Rosen's ability to pay any financial penalty that may be imposed in this case. In this regard, Mr. Rosen has already satisfied a $400,000 forfeiture order in connection with this case and has deposited $5,000.00 in the escrow account of Benjamin Brafman, Esq., who also represents Mr. Rosen in this matter.

    I thank Your Honor for your attention to this request and your many courtesies in connection with this case.

<div style="margin-left:40%">Respectfully,</div>

<div style="margin-left:40%">Melinda Sarafa</div>

cc:    AUSA Burton Ryan
        (by fax: 631-715-7922)

        U.S. Pretrial Services Officer Ignace Sanon-Jules
        (by fax: 718-260-2568)

        Benjamin Brafman, Esq.
        (by fax: 212-750-3906)

        Stephen Rosen