SARAFA LAW LLC

Melinda Sarafa
msarafa@sarafalaw.com

111 Broadway, 14th Floor
New York, NY 10006
T: 212 616 3044
F: 212 616 3046
www.sarafalaw.com

June 19, 2007

**By ECF and U.S. Mail**

Honorable Thomas C. Platt
United States District Judge
Eastern District of New York
Long Island Courthouse
1044 Federal Plaza
Central Islip, NY 11722

    Re:    **United States v. Stephen Rosen**
                **03-CR-716 (TCP)**

Dear Judge Platt:

      I write on behalf of my client, Stephen Rosen, who has pleaded guilty in the above-referenced case and awaits sentencing. Since July 2003, when Mr. Rosen was released on a secured appearance bond, he has complied with conditions of release that have restricted his movement to New York and New Jersey, except for business-related travel. Pursuant to 18 U.S.C. § 3142(c)(3), and with the consent of the Government, I write at this time to respectfully request modification of Mr. Rosen's conditions of release to permit him to travel to Nicaragua this July and August to accompany his two eldest daughters to and from a community service program in the village of Ocatel.

      Mr. Rosen's daughters, Elena and Rebecca, will be participating in the Travel Alive program in Ocatel, through which they will live with a local family, engage in volunteer work, and participate in a Spanish language immersion program. Since the girls' maternal grandmother is Nicaraguan, Mr. Rosen and his wife also intend to introduce them to and visit with family in Nicaragua. The girls plan to be in Nicaragua from approximately July 27, 2006 through August 18, 2006. Accordingly, Mr. Rosen seeks permission to travel with them to Nicaragua on or about July 27, 2006, remain for approximately one week before returning to the U.S., then travel back to Nicaragua to retrieve them on August 18, 2006.

      In addition, since his passport is set to expire this November and he may need to undertake international travel for business or other purposes before the resolution of this case, Mr. Rosen also respectfully requests that he be permitted to renew his passport this August.

SARAFA LAW LLC ─────────────────────────

Honorable Thomas C. Platt
June 19, 2007
Page 2


      During the past four years, Mr. Rosen has requested and obtained permission on numerous occasions to modify his conditions to enable him to attend his daughters' sporting events, accompany them to and from camp, and spend holidays with family. He also has requested and obtained permission on several occasions to travel internationally for business purposes. Mr. Rosen has always maintained full compliance with all conditions of release.

      In addition to complying with all conditions of release over an extended period of time, Mr. Rosen has fully satisfied a $400,000 forfeiture order entered in this case and has deposited $5,000.00 in the escrow account of Benjamin Brafman, Esq., who also represents Mr. Rosen in this matter. Accordingly, I respectfully submit that the instant request will not interfere with Mr. Rosen's ability to pay any fine or other financial penalty that may be imposed in this case.

      I have conferred with Assistant United States Attorney Burton Ryan, who consents to the travel and passport requests herein and will follow this letter with a corresponding written motion from the Government.

      I thank Your Honor for your many courtesies in connection with this case.

      Respectfully,

      *[signature]*

      Melinda Sarafa

cc:    AUSA Burton Ryan

      U.S. Pretrial Services Officer Ignace Sanon-Jules

      Benjamin Brafman, Esq.

      Stephen Rosen